## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61851-CIV-LENARD/GARBER

**MAROLIE BORDEN and WILLIAM**
**BORDEN,**

      Plaintiffs,

vs.

**ATLANTIC PIONEER MORTGAGE,**
**INC., et al.,**

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 46) AND GRANTING PLAINTIFFS' SECOND MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST DEFENDANT ATLANTIC PIONEER MORTGAGE, INC. (D.E. 36)

**THIS CAUSE** is before the Court on the Report of Magistrate Judge Barry L. Garber

("Report," D.E. 46), issued on February 19, 2009, recommending that Plaintiffs' Second

Motion for Final Default Judgment ("Motion," D.E. 36) against Defendant Atlantic Pioneer

Mortgage, Inc. ("Pioneer"), filed on January 13, 2009, be granted.  The Court referred

Plaintiffs' Motion to Magistrate Judge Garber on January 27, 2009, for purposes of holding

an evidentiary hearing to determine the appropriate amount of damages, if any.  (See D.E.

39.)  Magistrate Judge Garber held an evidentiary hearing on February 10, 2009, and the

Report was issued on February 19, 2009.  The Report recommends that judgment against

Pioneer be entered in the amount of $123,547.06 and that any claim for attorneys' fees or

costs be filed as a separate motion.  The parties were given ten days to file objections to the

Report.  On February 27, 2009, Pioneer filed a Motion for Rehearing. (See D.E. 48.)  On

March 3, 2009, Magistrate Judge Garber denied Pioneer's Motion for Rehearing because as

a corporate entity, Pioneer is prohibited from proceeding without counsel.  On March 10,

2009, the Court entered an Order directing Pioneer to file a notice that it had obtained new

counsel and file any objections to the Report by March 20, 2009, or show cause why

Plaintiffs' Motion should not be adopted.  As of the date of this Order, Pioneer has not

obtained counsel nor filed objections.  Failure to file timely objections shall bar the parties

from attacking on appeal the factual findings contained in the report. See Resolution Trust

Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Based on a review

the of the Magistrate Judge's Report, the Motion, the related pleadings, and the record, it is

hereby **ORDERED AND ADJUDGED** that:

1.      The Report and Recommendation of Magistrate Judge Barry L. Garber (D.E.

46), issued on February 19, 2009, is **ADOPTED**.

2.      Consistent with the Report and this Order, Plaintiff's Second Motion for Entry

of Final Default Judgment (D.E. 36) is **GRANTED**.

3.      Default judgment is entered against Defendant Atlantic Pioneer Mortgage,

Inc., in the amount of $123,547.06.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of April,

2009.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**