UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61851-CIV-LENARD/GARBER

**MAROLIE BORDEN and WILLIAM BORDEN,**

    Plaintiffs,

vs.

**MASTER FINANCIAL, INC., et al.,**

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 84) AND GRANTING PLAINTIFFS' MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST DEFENDANT MASTER FINANCIAL, INC. (D.E. 75)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Barry L. Garber ("Report," D.E. 84), issued on July 28, 2009, recommending that Plaintiffs' Motion for Final Default Judgment ("Motion," D.E. 75) against Defendant Master Financial, Inc., filed on June 30, 2009, be granted. The Court referred Plaintiffs' Motion to Magistrate Judge Garber on July 1, 2009. The Report recommends that judgment against Master Financial, Inc., be entered in the amount of $123,547.06, for which Master Financial, Inc., and Defendant Atlantic Pioneer Mortgage shall be jointly and severally liable. The parties were given ten days to file objections to the Report. As of the date of this Order, Defendant Master Financial, Inc., has not filed any objections. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the

report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Based on a review of the Magistrate Judge's Report, the Motion, the related pleadings, and the record, it is hereby **ORDERED AND ADJUDGED** that:

    **1.**    The Report and Recommendation of Magistrate Judge Barry L. Garber (D.E. 84), issued on July 28, 2009, is **ADOPTED**.

    **2.**    Consistent with the Report and this Order, Plaintiffs' Motion for Entry of Final Default Judgment against Defendant Master Financial, Inc., (D.E. 75) is **GRANTED**.

    **3.**    Default judgment is entered against Defendant Master Financial, Inc., in the amount of $123,547.06, for which Master Financial, Inc., and Atlantic Pioneer shall be jointly and severally liable, and for which sum let execution issue.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of August, 2009.

                                        *Joan A. Lenard*
                                        **JOAN A. LENARD**
                                        **UNITED STATES DISTRICT JUDGE**